FILED 5 JUN'19 14:19USDC-ORP

UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

JOEL MATTHEW MCCOOL, JR.,
a/k/a "Jaycion McCool"
a/k/a "Lil' Jo,"
a/k/a "Lil' Jo Jo,"
a/k/a "Young Terrific,"

Defendant.

3:19-cr-00227-BR

INDICTMENT

18 U.S.C. §§ 1951 and 1594

UNDER SEAL

THE GRAND JURY CHARGES:

COUNT 1
(Sex Trafficking of a Minor)
(18 U.S.C. §§ 1591(a)(1) and (b)(2) and 1594(a))

On or about August 25, 2012, to December 10, 2012, in the District of Oregon, defendant **JOEL MATTHEW MCCOOL, JR.**, did knowingly and attempt to, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means, a person, Victim 1, ("V1") knowing, in reckless disregard of the fact, and having reasonable opportunity to observe, that the person has not attained the age of 18 years, and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2), 1594(a).

**COUNT 2**
**(Sex Trafficking by Force or Coercion)**
**(18 U.S.C. §§ 1591(a)(1) and (b)(1) and 1594(a))**

On or about December 27, 2012 to December 28, 2012, in the District of Oregon, defendant **JOEL MATTHEW MCCOOL, JR.**, did knowingly and attempt to, in an and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means, V1, knowing, and in reckless disregard of the fact, that means of force, threats of force and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), 1594(a).

**CRIMINAL FORFEITURE ALLEGATIONS**

Upon conviction of the offenses listed above, **JOEL MATTHEW MCCOOL, JR.**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594, any property, real or personal, that was used or intended to be used to commit or facilitate the commission of such violations, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations.

Dated: June 5, 2019

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney